Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
915 North Citrus Avenue
Los Angeles, California 90038
Telephone: (323) 464-7400
Facsimile: (323) 464-7410

*Attorneys for Plaintiff*
*General Motors, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL MOTORS LLC, a Delaware Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> HYK ENTERPRISES, LLC, a California Limited Liability Company; YONG KIM, an individual; BONITO TOYS, INC., a California Corporation; HENRY LA, an individual; WAN TUNG TRADING, INC., a California Corporation dba W.T. TOYS, INC.; LINH M. TRAN, an individual; ESK TRADING, INC., a California Corporation; SOON BOK YANG, an individual; DOREMI TRADING, INC., a California Corporation; JU SANG CHANG, an individual; GALAXY TOYS, INC., a California Corporation; IRENE LY, an individual; J.N. TRADING, INC., a California Corporation; NANCY LU, an individual; MULTITOY, INC., a California Corporation; YUAN-LAN LIU, an individual; N P TRADING CORPORATION, a California Corporation; PHU NAN, an individual; EC TOYS, INC., a California Corporation; ERIC CHAN, an individual; TOP GOODS TRADING, INC., a California Corporation; JIANQIN TANG, an individual; and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO. CV 10-7610 CAS (PLAx) <br><br> **PRELIMINARY INJUNCTION ORDER** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that after consideration of the pleadings, declarations and other evidence in this matter, and having heard the arguments of the parties in support and opposition hereto, the Court issues the following Order for Preliminary Injunction pursuant to Federal Rule of Civil Procedure 65 and the Lanham Act in the above entitled matter:

Whereas Plaintiff General Motors, LLC ("**GM**") is the worldwide owner of the trademarks GENERAL MOTORS® and various composite trademarks comprising the GM mark and assorted design components, including but not limited to the Cadillac Crest Mark (U.S. Reg. Nos. 783,126 and 2,547,867), the Escalade Marks (U.S. Reg. Nos. 3,766,008 and 3,741,739), the 2,550,170  (U.S. Reg. No. 2,550,170 ), and the Hummer Marks (U.S. Reg. Nos. 2,926,350; 3,079,033; 2,659,456; and 1,959,544) (hereinafter collectively "**GM Marks**").

Plaintiff, having shown that it is likely to succeed in showing that Defendants HYK Enterprises, LLC, Bonito Toys, Inc., Wan Tung Trading, Inc. dba W.T. Toys, Inc., ESK Trading, Inc., Doremi Trading, Inc., Galaxy Toys, Inc., J.N. Trading, Inc., Multitoy, Inc., N P Trading Corporation, EC Toys, Inc., and Top Goods Trading, Inc. ("**Defendants**") have used and are continuing to use counterfeits or infringements of the GM Marks in connection with the manufacture, importation, distribution, offer for sale and/or sale of merchandise.

IT IS HEREBY ORDERED that Defendants, their officers, agents, servants and employees and any persons in active concert or participation with Defendants are ENJOINED from the following conduct:

(a) Using the GM Marks or any reproduction, counterfeit, copy or colorable imitation of the GM Marks in connection with the manufacture, importation, purchase, distribution, marketing, advertisement, offer for sale and/or sale of goods that are not the genuine products of Plaintiff;

(b)     Passing off, or inducing or enabling others to sell or pass off, any products that are not Plaintiff's genuine GM merchandise;

(c)     Committing any other acts calculated to cause purchasers to believe that Defendants' products are Plaintiff's genuine GM merchandise, unless they are such, and/or any acts calculated to cause purchasers to believe that Defendants' products are connected with Plaintiff or Plaintiff's genuine merchandise bearing the GM Marks;

(d)     Shipping, delivering, holding for sale, distributing, transferring or otherwise moving, storing, concealing, or disposing of in any manner goods falsely bearing the GM Marks, or any reproduction, counterfeit, copy or colorable imitation of the GM Marks;

(e)     Moving, destroying, concealing, or otherwise disposing of any products, labels, merchandise, documents or other items used for reproducing the GM Marks or any reproduction, counterfeit, copy or colorable imitation thereof;

(f)     Removing, destroying, concealing, or otherwise disposing of any 1) computer programs, software, data, disks or other media; 2) business records or documents; and/or 3) any other evidence relating to the manufacture, purchase, distribution, marketing, advertisement, offer for sale and/or sale of goods falsely bearing the GM Marks or any reproduction, counterfeit, copy or colorable imitation of same; and

(g)     Transferring to any other individual or entity the domain names owned by Defendants in whole or in part that relate to the sale and/or offer for sale of goods falsely bearing the GM Marks or any reproduction, counterfeit, copy or colorable imitation of same;

IT IS FURTHER ORDERED that during the pendency of this action, Defendants' counterfeit GM products and other related items, including, without limitation, molds, labels, patches, printing devices, advertising, packaging and other materials and merchandise seized pursuant to this Court's Order dated

1  October 12, 2010, shall be impounded in the custody or control of Plaintiff or
2  Plaintiff's agents as substitute custodian pending further order of this Court and shall
3  be made available for inventory or inspection by the party from which it was seized or
4  its counsel during normal business hours.
5  
6  DATED:      October 27, 2010            By: /s/ Christine A. Snyder
7                                               Honorable Christine A. Snyder
                                                 **United States District Judge**