UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-7610-CAS(PLAx) | Date | March 25, 2011 |
|---|---|---|---|
| Title | *GENERAL MOTORS, LLC v. HYK ENTERPRISES, LLC; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) - ORDER TO SHOW CAUSE

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than <u>April 15, 2011</u> why this action should not be dismissed for lack of prosecution **as to defendants HYK ENTERPRISES, LLC.; YONG KIM; BONITO TOYS, INC.; HENRY LA; WAN TUNG TRADING, INC. DBA W.T. TOYS, INC.; LINH M. TRAN; ESK TRADING, INC.; SOON BOK YANG; DOREMI TRADING, INC.; JU SANG CHANG; GALAXY TOYS, INC.; IRENE LY; J.N. TRADING, INC.; NANCY LU; MUTITOY, INC.; YAUN-LAN LIU; N P TRADING CORPORATION; PHU NAN; EC TOYS, INC.; ERIC CHANG; TOP GOODS TRADING, INC.; and JIANQIN TANG.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1)     A proof of service of summons and complaint on **defendants BONITO TOYS, INC.; and HENRY LA; and**

2)     Plaintiff's filing of a application for the clerk to enter default <u>judgment</u> on **defendants HYK ENTERPRISES, LLC.; YONG KIM; WAN TUNG TRADING, INC. DBA W.T. TOYS, INC.; LINH M. TRAN; ESK TRADING, INC.; SOON BOK YANG; DOREMI TRADING, INC.; JU SANG CHANG; GALAXY TOYS, INC.; IRENE LY; J.N. TRADING, INC.; NANCY LU; MUTITOY, INC.; YAUN-LAN LIU; N P TRADING CORPORATION; PHU**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-7610-CAS(PLAx) | Date | March 25, 2011 |
|---|---|---|---|
| Title | *GENERAL MOTORS, LLC v. HYK ENTERPRISES, LLC; ET AL.* | | |

**NAN; EC TOYS, INC.; ERIC CHANG; TOP GOODS TRADING, INC.; and JIANQIN TANG**, or plaintiff's filing of a motion for entry of default judgment on **defendants**

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |